

# Fourth Court of Appeals
## San Antonio, Texas

October 7, 2020

No. 04-20-00059-CR

Marcelino **ESTRADA**,
Appellant

v

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-09-0519-CRA
Honorable Russell Wilson, Judge Presiding

## O R D E R

Sitting:  Luz Elena D. Chapa, Justice
         Irene Rios, Justice
         Beth Watkins, Justice

Appellant's final motion to extend time to file the appellant's brief is granted. We order counsel for appellant to file the appellant's brief by November 16, 2020. Counsel has represented to this court that no further motions for an extension will be filed. Counsel is therefore advised that no further extensions of time will be granted absent a timely motion that: (1) demonstrates extraordinary circumstances justifying further delay; (2) advises the court of the efforts counsel has expended in preparing the brief; and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy workload to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice